# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DON L. MCKINNEY JR., | Case No. 2:22-cv-01644-APG-BNW |
| Plaintiff, | **REPORT AND RECOMMENDATION** |
| v. | |
| ARGENIS VALENTIN-REYES, *et al.*, | |
| Defendants. | |

On April 14, 2023, this Court ordered Plaintiff to fill out and file USM-285 forms for each Defendant no later than May 14, 2023. ECF No. 10. The Court instructed Plaintiff that if he did so, the Court would issue a separate order to effect service. *Id.* The Court also warned Plaintiff that failure to do so would result in a recommendation that Plaintiff's third amended complaint would be dismissed. *Id.* After Plaintiff failed to file the forms by the deadline, the Court extended the time for Plaintiff to file the forms and ordered the Clerk of the Court to send him new forms. ECF No. 11. The Court ordered Plaintiff to file the forms no later than June 14, 2023. *Id.* Though the time for doing so has passed, Plaintiff has failed to file the USM-285 forms with the Court so that service could be effected.

**IT IS THEREFORE RECOMMENDED** that the case be dismissed without prejudice and closed.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

///

///

///

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

**IT IS SO ORDERED.**

DATED this 5th day of July 2023.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE